UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

              Plaintiff,                         Case No. 1:06:CR:179

v.

                                               HON. GORDON J. QUIST

COREY DANIEL HALE,

              Defendant.

_____/

**<u>ORDER</u>**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.     The Report and Recommendation of the Magistrate Judge filed December 1, 2006, is approved and adopted as the Opinion and Findings of this Court.

2.     Defendant Corey Daniel Hale's plea of guilty to Count Five of the First Superseding Indictment is accepted.  Defendant Corey Daniel Hale is adjudicated guilty.

3.     Defendant Corey Daniel Hale shall be detained pending sentencing.

4.     A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated:  March 2, 2007                            _____/s/ Gordon J. Quist_____
                                             GORDON J. QUIST
                                      UNITED STATES DISTRICT JUDGE